# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00655-CV

**M. U., N. T. and E. T., Appellants**

**v.**

**The Texas Department of Family and Protective Services, Appellee**

## FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
## NO. 12-0824, THE HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant M.U. filed her notice of appeal on October 2, 2013. The appellate record was complete October 28, 2013, and appellant's brief was due November 27, 2013. To date, appellant's brief has not been filed.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore we order Luis I. Cuellar to file appellant's brief no later than December 27, 2013. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on December 10, 2013.

Before Chief Justices Jones, Justices Pemberton and Field